# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESAN DAVID IDOWU, | : | |
|    Petitioner | : | |
| | : | No. 1:19-cv-2186 |
| v. | : | |
| | : | (Judge Kane) |
| CLAIR DOLL, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of March 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motions seeking release from detention (Doc. Nos. 16, 17) are **DEEMED** to be his traverse, and the Clerk of Court is directed to amend the docket in the above-captioned case to note as such;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
